UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRY SPREEMAN,

       Plaintiff,

v.

       Case No. 12-12641
       Hon. Gerald E. Rosen
       Magistrate Judge Mark A. Randon

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     September 16, 2013

PRESENT: Honorable Gerald E. Rosen
                 Chief Judge, United States District Court

On July 10, 2013, Magistrate Judge Mark A. Randon issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Perry Spreeman's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment. No objections have been filed to the R & R. Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's July 10, 2013 Report and Recommendation (docket #12) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's October 25, 2012 motion for summary judgment (docket #10) is DENIED, and that Defendant's December 13, 2012 motion for summary judgment (docket #11) is GRANTED.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated:  September 16, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 16, 2013, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135